UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RUSBER GONZALEZ MENDEZ, Individually
and On Behalf of All Others Similarly Situated,

      Plaintiff,

    Civil Case No.
    1:21-cv-05289-TAM

-against-

OLD DOMINION FREIGHT LINE, INC.,

      Defendant.

---

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Rusber Gonzalez Mendez and Defendant Old Dominion Freight Line, Inc., through their respective counsel that the Complaint in the above-captions action shall be, and hereby is, dismissed in its entirety with prejudice and without costs and/or attorneys' fees to any party.

STIPULATED AND AGREED to this March 8, 2023

**BLAU LEONARD LAW GROUP, LLC**

_/s/ Steven Bennett Blau_
Steven Bennett Blau
Shelly A. Leonard
23 Green Street, Suite 105
Huntington, New York 11743
Tel: (631) 458-1010
*Attorneys for Plaintiff*

Seyfarth Shaw LLP

_/s/ Brett C. Bartlett_
Brett C. Bartlett
Carey Burke
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309

So Ordered on March 10, 2023

_Taryn A. Merkl_
Hon. Taryn A. Merkl